**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
----------------------------------------------------------x

*In Re:*

       *811 Maple Cr LLC*                         Case No.: 26-16610 (slm)
          Debtor.                            Chapter: 11
                                          Judge: Stacey L. Meisel

----------------------------------------------------------x

### CERTIFICATION OF CHARLES WERTMAN, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Charles Wertman, Esq., hereby certifies pursuant to 28 U.S.C. § 1746, as follows:

1.      I am an attorney duly licensed and admitted to practice law in the State of New York. I was admitted to practice in the state of New York since March 2, 1994

2.      I am a member in good standing of the bar of the State of New York. I am also a member in good standing of the bar of the United States District Court for the Southern District of New York and the United States District Court for the Eastern District of New York.

3.      No disciplinary proceedings are pending against me in any jurisdiction and  no  discipline has previously been imposed upon me in any jurisdiction.

4.      I submit this Certification in support of the application to permit me to appear and participate *pro hac vice* as proposed counsel to Debtors and Debtors-in-Possession in the above-captioned Chapter 11 case.

5.      Upon being admitted to appear and participate in this case *pro hac vice*, I shall promptly cause payment to be made to the Clerk of Court in the amount of $250.00 pursuant to D.N.J. L. Civ. R. 101.1(c)(3).

6.      I will abide by D.N.J. L. Civ. R. 101.1(c).

7.      I understand that, upon admission *Pro Hac Vice*, I am within the disciplinary jurisdiction

of this Court and agree to notify the Court immediately of any matter affecting my standing at

the bars of any other court.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 16, 2026

Law Offices of Charles Wertman P.C.
/s/ Charles Wertman
_____
Charles Wertman, Esq.
100 Merrick Road, Suite 304W
Rockville Centre, NY 11570
Telephone: (516) 284-0900
Email: charles@cwertmanlaw.com